In the Matter of ANNE MCKENNA FARALDO, Petitioner, v ALBERT TOMEI, as Justice of the Supreme Court of the State of New York, Respondent. [852 NYS2d 849]—

The petitioner failed to join and serve necessary parties to the proceeding including, inter alia, Laura McKenna and Christine M. Kessler (*see* CPLR 1001, 7804 [i]). Miller, J.P., Covello, Eng and Chambers, JJ., concur.